## Commonwealth *v.* Tucci, Appellant.

Before MURPHY, J., without a jury.

Argued December 8, 1975. *Joseph Alessandroni, Jr.,* for appellant; *Peter Noel Duhamel,* Assistant Attorney General, with him *Ben W. Joseph,* Assistant Attorney General, and *Walter M. Phillips, Jr.,* Deputy Attorney General, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Wallace, Appellant.

Before DOTY, J.

Argued December 11, 1975. *Allan M. Dabrow,* with him *Shein & Brookman,* for appellant; *James W. Wilson, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, submitted a brief for Commonwealth, appellee.

Order affirmed.